# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Betty Rios, et al., | No. 2:19-cv-00922-KJM-DB |
| Plaintiff, | |
| v. | AMENDMENT TO THE SCHEDULING ORDER |
| County of Sacramento, et al., | |
| Defendants. | |

The parties jointly request, ECF No. 29, to amend dates in the pretrial scheduling order, ECF No. 13. Good cause appearing, the court GRANTS this request, as follows:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | December 13, 2020 | March 14, 2022 |
| Expert Disclosures | February 8, 2021 | May 9, 2022 |
| Supplemental Expert Disclosures | March 2, 2021 | June 2, 2022 |
| Completion of Expert Discovery | April 2, 2021 | July 7, 2022 |
| All Dispositive Motions Hearing Date | June 4, 2021 | September 16, 2022 |

This amendment does not alter any other portions of the initial scheduling order.

IT IS SO ORDERED.

DATED: May 21, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE