UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY RIOS, et al., | No. 2:19-cv-0922 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On July 15, 2021, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on August 6, 2021, pursuant to Local Rule 302(c)(1). (ECF No. 33.) On July 30, 2021, the parties filed a Joint Statement Re: Discovery Disagreement. (ECF No. 34.) Therein, defendants "acknowledge the delay and apologize for it," with respect to their production of the discovery at issue. (Id. at 13.) Moreover, the Joint Statement reflects that defendants "offered to provide amended responses . . . at 11:43 am on July 30, 2021 on the day the joint statement was due[.]" (Id. at 15.)

In light of defendants' belated production, the hearing of the motion to compel will be continued to allow plaintiffs an opportunity to review the production, meet and confer, and—if necessary—provide an updated Joint Statement.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The August 6, 2021 hearing of plaintiffs' motion to compel (ECF No. 33) is continued to **Friday, September 10, 2021**;

2. If a discovery dispute remains, the parties shall engage in further meet and confer efforts; and

3. On or before **September 3, 2021**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules.[1]

Dated:  August 2, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/rios0922.cont.hrg.ord

---

[1] Alternatively, if the parties have resolved their dispute, plaintiffs may comply with this order by filing a notice of withdrawal of the motion to compel.