UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY RIOS, et al., | No. 2:19-cv-0922 KJM DB |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

On June 30, 2022, plaintiffs filed a motion to compel and noticed the motion for hearing before the undersigned on July 22, 2022, pursuant to Local Rule 302(c)(1).  (ECF No. 64.)  On July 8, 2022, the parties filed a Joint Statement Re: Discovery Disagreement.  (ECF No. 65.)  Therein, plaintiffs assert that defendant Sacramento County Sheriff's Department has "failed to produce responsive documents[.]"  (Id. at 2.)  Defense counsel asserts that "[t]here is no refusal to produce," and that the defendant simply "requires additional time to short, sift and cull through" the data given "the sheer number of search terms[.]"  (Id.)  Therefore—and given that discovery in this action does not close until October 31, 2022—the undersigned will continue the hearing of plaintiffs' motion to allow defendant additional time to produce responsive documents.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 22, 2022 hearing of plaintiffs' motion to compel (ECF No. 64) is continued to **Friday, September 2, 2022**;

1

      2. If a discovery dispute remains, the parties shall engage in further meet and confer efforts; and

      3. On or before **August 26, 2022**, the parties shall file a Joint Statement that complies with the undersigned's Standard Information and the Local Rules.[1]

DATED: July 19, 2022        /s/ DEBORAH BARNES
                                        UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/rios0922.cont.hrg2.ord

---

[1] Alternatively, if the parties have resolved their dispute, plaintiffs may comply with this order by filing a notice of withdrawal of the motion to compel.

2