UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Betty Rios, et al., | No. 2:19-cv-00922-KJM-DB |
| Plaintiffs, | ORDER |
| v. | |
| County of Sacramento, et al., | |
| Defendants. | |

The court finds good cause to modify the deadlines in the pretrial scheduling order in light of the pending motions, the upcoming settlement conference, and the parties' joint request:

| Description | Existing Date | New Date |
|---|---|---|
| Discovery Cutoff | October 31, 2022 | March 31, 2023 |
| Expert Disclosures | December 16, 2022 | May 15, 2023 |
| Supplemental Expert Disclosures | January 16, 2023 | June 16, 2023 |
| Completion of Expert Discovery | February 17, 2023 | July 17, 2023 |
| All Dispositive Motions Filing Date | April 21, 2023 | October 6, 2023 |

IT IS SO ORDERED.

DATED: October 17, 2022.

CHIEF UNITED STATES DISTRICT JUDGE

1