UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY RIOS, LUCILLE MENDEZ, PALMER OVERSTREET, SACRAMENTO HOMELESS ORGANIZING COMMITTEE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; COUNTY OF SACRAMENTO, as Successor Agency for the Redevelopment Agency of the County of Sacramento; SACRAMENTO COUNTY SHERIFF'S DEPARTMENT; SACRAMENTO HOUSING AND REDEVELOPMENT AGENCY; DEPUTY LE, individually and in his official capacity as Deputy Sheriff for the County of Sacramento, inclusive,<br><br>Defendants. | No. 2:19-cv-00922-KJM-DB<br><br>ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS |

Good cause appearing, the deadline to file final dispositional documents is extended until October 1, 2023.

Dated: September 5, 2023

CHIEF UNITED STATES DISTRICT JUDGE

1

ORDER EXTENDING DEADLINE TO FILE DISPOSITIONAL DOCUMENTS